IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRANDON LANE HUTZEL**                                                  **PLAINTIFF**

v.                      NO. 4:24-cv-00031-JM

**MARTIN O'MALLEY, Commissioner**                       **DEFENDANT**
**of the Social Security Administration**

<u>JUDGMENT</u>

Pursuant to the Order entered this day, judgment is entered for plaintiff Brandon Lane Hutzel.

IT IS SO ORDERED this 24th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE