IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRANDON LANE HUTZEL**                                                                   **PLAINTIFF**

v.                              No. 4:24-cv-31-JM

**MARTIN O'MALLEY**
**Commissioner of the Social Security**
**Administration**                                                                           **DEFENDANT**

## ORDER

Pending before the Court is Plaintiff's Request for Attorney's Fees under the Equal Access to Justice Act. (Doc. No. 12). Defendant has responded and has no objection to the fee request. (Doc. No. 14). The Court finds that the time and hourly rate requested by Plaintiff as the prevailing party are reasonable (Doc. No. 12-1), and Plaintiff is awarded $7,295.60 in attorney's fees. The fee award is payable to Plaintiff and should be mailed to the care of Plaintiff's counsel, subject to any offset to satisfy any pre-existing debt owed to the United States.

IT IS SO ORDERED this 31st day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE